**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Samantha Garcia, on behalf of S.S.,**

**Plaintiff,**

**-against-**

**Social Security Administration,**

**Defendant.**

**1:25-cv-04618 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Having considered the length of the Government shutdown, and in light of the Government shutdown concluding, it is hereby ORDERED that, no later than February 11, 2026, Defendant shall file its brief in response to Plaintiff's motion for judgment on the pleadings. No later than March 4, 2026, Plaintiff shall file any reply.

**SO ORDERED.**

Dated:      New York, New York
             January 5, 2026

_____
STEWART D. AARON
United States Magistrate Judge